UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

AARON HERD, STACY HERD,

  *Plaintiffs*,

v.                                Case No.  SA-23-CV-00209-JKP

MERIDIAN SECURITY INSURANCE
COMPANY,

  *Defendant*.

# O R D E R

Before the Court is the parties' Rule 41(a) Stipulation of Voluntary Dismissal. *See* ECF No. 23. Pursuant to the parties' stipulation,

**IT IS ORDERED** that the above-entitled cause is hereby dismissed with prejudice as to Meridian Security Insurance Company, with each party to bear their own costs.

The Clerk of Court is instructed to **CLOSE THIS CASE**.

It is so ORDERED.
SIGNED this 3rd day of November, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE